UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,      19 **CIVIL** 5258 (RA)

  -against-         **JUDGMENT**

PICCINI MNM, INC.,

       Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 5, 2021, the petition to confirm the arbitration award is granted, judgment is entered in the amount of $542,478.45, plus pre-judgment interest calculated at a rate of 7.25% per annum from the date of the award, April 8, 2019, through the date of judgment in this action in the amount of $81,676.45. Petitioners' requests for attorneys' fees in the amount of $675, costs in the amount of $75, and post-judgment interest at the statutory rate are also granted; accordingly, the case is closed.

**Dated:** New York, New York
    May 5, 2021

                RUBY J. KRAJICK
                **Clerk of Court**

           **BY:** _____
                **Deputy Clerk**